IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

UNITED STATES OF AMERICA

v.  Criminal Action No. 6:18CR00017-001

MUNCIE ROBERT KERSEY

In the presence of LINDA WILLIS, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said Indictment and count(s) __One (1) and Three (3)__ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

3~~/19~~ /21-19
Date

_____
Witness